UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLLIN PATRICK SARGENT,

    Defendant.

NO. CR05 0274Z

INFORMATION

05-CR-00274-INFO

The United States Attorney charges that:

### COUNT ONE

(Conspiracy Against Rights)

On or about July 8, 2004, in the Western District of Washington and elsewhere within the jurisdiction of this Court, COLLIN PATRICK SARGENT along with other persons known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, and agree to injure, oppress, threaten and intimidate A.A. and A.A.'s family, who are Iranian-American and are residents of Edmonds, Washington, in the free exercise and enjoyment of a right secured to them by the laws and Constitution of the United States; that is, the right to lease and hold real property, a dwelling, without injury, intimidation or interference because of their race, color, and national origin.

**OBJECT OF THE CONSPIRACY**

It was the plan and object of the conspiracy to erect and burn a cross on A.A.'s family property in order to intimidate and threaten the victims by leading them to believe

that they were targeted by an unknown hate group and thereby interfering with the exercise of their protected rights.

**MANNER AND MEANS**

In order to carry out the object of the conspiracy, the conspirators would and did construct a cross, take the cross to the yard of A.A.'s family, and set it on fire.

**OVERT ACTS**

In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, COLLIN SARGENT along with others, known and unknown to the United States Attorney, committed various overt acts on or about July 8, 2004, within the Western District of Washington and elsewhere within the jurisdiction of this Court, including but not limited to the following:

1. COLLIN SARGENT, along with other persons known and unknown to the United States Attorney, discussed plans to erect a burning cross on A.A.'s family property;

2. COLLIN SARGENT, along with other persons known and unknown to the United States Attorney, constructed a wooden cross.

3. A known co-conspirator etched A.A.'s name into the wooden cross.

4. COLLIN SARGENT drove the cross, along with a shovel and can of flammable liquid, to the victim's residence.

5. COLLIN SARGENT, along with other persons known and unknown to the United States Attorney, placed the cross on the property of A.A.'s family, doused it with a flammable liquid, and set it on fire.

6. After the cross was set on fire, a person known to the United States Attorney communicated with A.A. through a friend to inform him that a cross had been

\\
\\
\\
\\

burned in his yard.

All in violation of Title 18, United States Code, Section 241.

DATED this 15th day of July, 2005.

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
BRUCE F. MIYAKE
Assistant United States Attorney

_____
MALACHI JONES
Department of Justice, Civil Rights Division